IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **PEDRO ADAME,** § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. **3:21-CV-1464-L** |
| § | |
| **ECHO GLOBAL LOGISTICS, LLC** § | |
| **and TOSCA LIMITED a/k/a TOSCA** § | |
| **CONTAINERS LIMITED,** § | |
| § | |
| Defendants. § | |

## ORDER

On January 12, 2022, the Findings, Conclusions and Recommendation of the United States Magistrate Judge (Doc. 10) ("Report") was entered, recommending that the court grant Plaintiff's Motion to Remand (Doc. 5). No objections to the Report were filed.

After considering the motion, briefs, pleadings, file, record, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Plaintiff's Motion to Remand (Doc. 5), **remands** this action to County Court at Law No. 4, Dallas County, Texas, from which it was removed, and **directs** the clerk of the court to effect the remand in accordance with the usual procedure.

**It is so ordered** this 28th day of January, 2022.

Sam A. Lindsay
United States District Judge

**Order – Solo Page**